JOHN W. KEOUGH, PLAINTIFF IN ERROR, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY ET AL., DEFENDANTS IN ERROR.

Submitted June Term, 1911—Decided November 20, 1911.

On error to the Supreme Court.

For the plaintiff in error, *Aaron E. Johnston.*

For the defendants in error, *George Holmes, William A. Barkalow* and *Durand, Ivins & Carton.*

PER CURIAM.

The action in this case was for damages sustained by the plaintiff to his property—a horse and wagon—and was founded upon the same state of facts as was disclosed in *Walling* v. *Central Railroad Co., ante* p. 504, decided at the present term. For the reasons stated in the opinion in that case, the judgment will be reversed and a writ *venire de novo* awarded.

*For affirmance*—THE CHIEF JUSTICE, SWAYZE, VOORHEES, JJ.   3.

*For reversal*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ.   10.